# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.

Crim No. 2:12CR00113

Charles Hawkins

On February 19, 2016 the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

_____
Joe Nilo
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated August 29, 2017.

_____
James C. Mahan
United States District Judge