**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>v.<br>CHARLES HAWKINS,<br>Defendant(s). | Case No. 2:12-CR-113 JCM (VCF)<br><br>ORDER |

Presently before the court is defendant Charles Hawkins ("defendant")'s *pro se* motion for miscellaneous relief. (ECF No. 442). Specifically, defendant requests that the court allow him to cease making restitution payments.

This *pro se* motion is only one-page in length, and it offers no detail as to how much remaining restitution defendant owes. He represents that he has paid over $45,000, but there is no documentation to support this claim. (*Id.* at 1). When the court sentenced defendant in 2015, he was ordered to pay $147,884 in restitution. (ECF No. 349 at 8). The court denies defendant's motion, as it violates Local Rule 47-1.

Local Rule 47-1 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LCR 47-1. Local Rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." LR IC 5-1. Local Rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

Defendant's attorney has not withdrawn from the case. Defendant's motion bears neither his own signature nor that of his attorney.[1] His motion does not contain points and authorities. If defendant wishes to move the court for further action in this case, he must do so through his attorney or proceed properly as a *pro se* party.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Charles Hawkins' motion for miscellaneous relief (ECF No. 442) be, and the same hereby is, STRICKEN.

DATED July 29, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant types his name at the end of the motion, which is more akin to a letter and does not even contain a title, but he fails to make a notation indicating an electronic signature.

**James C. Mahan**
**U.S. District Judge**